UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Miguel Cisneros<br>    Defendant. | No. CR 14mj 70511 HRL<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 50   PER  *if not in custody*

MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of  4/20/14   and the SAME DAY each month thereafter;

    [X]   MAIL TO:   Clerk, U.S. District Court
                                   280 South First Street, Room 2112
                                   San Jose, CA 95113-3095

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

    [ ]   MAIL TO:   Clerk, U.S. District Court
                                   280 South First Street, Room 2112
                                   San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 4/10/14   _____
                                     Howard R. Lloyd, U.S. Magistrate Judge